IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PABLO P. PIÑA                )
                             )
         Plaintiff,          )     CASE NO **CV 07**  ' **5675**
         PETITIONER          )
                             )     PRISONER'S
v.                           )     IN FORMA PAUPERIS
                             )     APPLICATION
CALIFORNIA SUPREME COURT.    )                                **SI**
                             )
         RESPONDENT          )
         Defendant.          )
_____)

I, ___PABLO PIÑA  D-28079___, declare under penalty of perjury
that I am the plaintiff in the above entitled case and that the
information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without
being required to prepay the full amount of fees, costs or give
security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes _____   No __X__

If your answer is "yes," state both your gross and net salary or wages
per month, and give the name and address of your employer:

Gross: ____N/A____          Net: ____N/A____

Employer: ____N/A____

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received. (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

___ITS BEEN OVER TWENTY YEARS AND I doN'T REMEMBER___

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or          Yes _____  No __✓__
   self employment
b. Income from stocks, bonds,       Yes _____  No __✓__
   or royalties?
c. Rent payments?                   Yes _____  No __✓__
d. Pensions, annuities, or          Yes _____  No __✓__
   life insurance payments?
e. Federal or State welfare payments,  Yes _____  No __✓__
   Social Security or other govern-
   ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ N/A _____

_____

3. Are you married?   Yes _____  No __✓__

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ N/A _____  Net $_____ N/A _____

4. a. List amount you contribute to your spouse's support:

$ _____ N/A _____

   b. List the persons other than your spouse who are dependent upon
      you for support and indicate how much you contribute toward
      their support:

_____ NONE _____

_____

5. Do you own or are you buying a home?   Yes _____  No __✓__

Estimated Market Value: $__ N/A __ Amount of Mortgage: $__ N/A __

6. Do you own an automobile?   Yes _____  No __✓__

Make _____ N/A _____  Year __ N/A __  Model __ N/A __

Is it financed? Yes __ N/A __ No __ N/A __ If so, Total due: $ __ N/A __

Monthly Payment: $ _____ N/A _____

2

7.    Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No ___✓___

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____Ø_____

Do you own any cash?  Yes _____ No _✓__  Amount:  $ ___Ø___

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)    Yes _____ No _✓__

_____

8.    What are your monthly expenses?

Rent:  $ _____N/A_____  Utilities:  ___N/A_____

Food:  $ _____N/A_____  Clothing:  ___N/A_____

Charge Accounts:  Ø

|  |  |  |
|---|---|---|
| Name of Account | Monthly Payment | Total Owed On This Account |
| N/A | $ N/A | $ N/A |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

_____CØURT FEE'S IN N. DIST. CØURT CIVIL CASE._____

___ ⸗

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_10/21/07_
DATE

_____
SIGNATURE OF APPLICANT

3

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101a #2105.5, 20 U.S.C. 1746)

I, PABLO PIÑA D-28079, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 21ST day of OCTOBER, in the year of 20 07, I served the following documents: (set forth the exact title of documents served)

1- PETITION OF WRIT OF MANDAMUS.

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

| | |
|---|---|
| JUDGE JAMES WARE. | ATTY. GENERALS OFFICE |
| NORTHERN DISTRICT COURT SAN JOSE DIVISION | SANFRANCISCO, CALIF 94102 |
| 280 SOUTH FIRST ST. | |
| SAN JOSE, CALIF 95113 | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21ST day of OCTOBER , 20 07 .

Signed: _____
              (Declarant Signature)

Rev. 12/06