Case Number: CV 07 5675 SI 

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Pablo Pina D28079</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $\underline{\$3.34}$ and the average balance in the prisoner's account each month for the most recent 6-month period was $\underline{\$4.32}$.    (20%= $.87)

Dated: 10/24/07                              _____
                                              Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10-24-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

```
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCOUNT NUMBER : D28079                       BED/CELL NUMBER: DF04L 000000102L
ACCOUNT NAME   : PINA, PABLO                  ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

04/01/2007    BEGINNING BALANCE                                                    0.00

07/05  D300   CASH DEPOSIT    0064 #003               20.00                       20.00
08/02  FC05   DRAW-FAC 5      0555 D4                              20.00            0.00
08/28  FR01   CANTEEN RETUR   700986                                3.35-           3.35
08/29  W516   LEGAL COPY CH   1009                                  0.40            2.95
09/17  W512   LEGAL POSTAGE   1309                                  0.41            2.54
09/19  W516   LEGAL COPY CH   1356                                  0.23            2.31
10/10  W512   LEGAL POSTAGE   1704                                  1.65            0.66
10/11  W513   MISC. CHARGES   1722                                  0.60            0.06

                               TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE        DEPOSITS     WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED

     0.00          20.00          19.94          0.06          0.00           0.00
```

                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE

                                                                      0.06

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10-24-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ⎯⎯ S Kleppin
   TRUST OFFICE