UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,

        Plaintiff,

v.

CALIFORNIA STATE SUPREME et al,

        Defendant.
                                   /

Case Number: CV07-05675 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo P. Pina D-28079
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95531

Attn: Financial

Attn: Prison Trust Account Office
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95531

Dated: March 10, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk