1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PABLO PINA,                                    No. C 07-5675 SI (pr)

      Petitioner,                          **JUDGMENT**

     v.

CALIFORNIA STATE SUPREME COURT,

      Respondent.
_____/

    This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus in this court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit and without prejudice to him filing a civil rights action.

    IT IS SO ORDERED AND ADJUDGED.

Dated: March _7, 2008

                              SUSAN ILLSTON
                              United States District Judge